MINUTE ENTRY
NORTH, M.J.
AUGUST 29, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRIS LIMBERG, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 16-15217 |
| STARR INDEMNITY & LIABILITY CO. | SECTION: "E"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PRESENT: George Recile    William Barousse
Byron Bonck

Negotiations were successful and resulted in the settlement of PlaintiffS' claims; the material terms of the settlement agreement were memorialized on the record (Court Reporter: Toni Tusa).

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE SUSIE MORGAN

MJSTAR (03:05)